BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife, | No. |
| Plaintiffs, | **NOTICE OF REMOVAL** |
| vs. | |
| Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq., | |
| Defendants. | |

PLEASE TAKE NOTICE that Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, and Coree E. Neumeyer

693078.1

(collectively, the "Defendants"), hereby remove to this Court an action pending in Pima County Superior Court, State of Arizona (No. C20114303) pursuant to 28 U.S.C. § 1331 for the reasons set forth below.

1.   On June 13, 2010, Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife ("Plaintiffs") filed an action in the Superior Court of the State of Arizona, Pima County, captioned <u>Michael Benson Sparlin, et al. vs. Countrywide Home Loans, Inc., et al.</u>, No. C20114303 (Ariz. Super. Ct.) (the "Action").

2.   On June 14, 2011, Plaintiffs served Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, Michael B. Dvoren, and Coree E. Neumeyer with a copy of the Summons and Complaint.

3.   On June 16, 2011, Plaintiffs served Bryan Cave LLP with a copy of the Summons and Complaint.

4.   As of the filing of this Notice of Removal, neither Mortgage Electronic Registration Systems, Inc. nor Recontrust Company, N.A. appear to have been properly served.

5.   Removal of the Action is proper under 12 U.S.C. § 1331 because Plaintiffs have alleged violations of the Garn St. Germain Depository Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)(8), the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, the Federal Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq.*

6.   True and correct copies of the Affidavits of Service upon Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, and Michael B. Dvoren, the Filing Fee Receipt, the Summons to Bank of America, N.A., the Summons to BAC Home Loans Servicing, LP, the Certificate of Compulsory Arbitration, and the Complaint, as filed with the Pima County Superior Court, are attached hereto as Exhibit A.

7.   This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

693078.1

8. Defendants have served a copy of this Notice of Removal on Plaintiffs in accordance with 28 U.S.C. § 1446(d).

9. A copy of the Notice of Removal to Federal Court has been filed with the Superior Court Clerk of Pima County in accordance with 28 U.S.C. § 1446(d), and attached hereto as Exhibit B.

10. This Notice is signed pursuant to Federal Rule of Civil Procedure 11 in accordance with 28 U.S.C. § 1446(a).

DATED this 21st day of June, 2011.

        BRYAN CAVE LLP

By   /s/ Michael B. Dvoren
      Robert W. Shely
      Coree E. Neumeyer
      Michael B. Dvoren
      Two North Central Avenue, Suite 2200
      Phoenix, AZ  85004-4406

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

693078.1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who is not a registered participant of the CM/ECF System:

Michael Benson Sparlin
Sharon Jeanette Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: /s/ Sally Erwin

693078.1

4