JS 44 (Rev. 11/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Michael Benson Sparlin and Sharon Jeanette Sparlin

**(b)** County of Residence of First Listed Plaintiff: Pima County, Arizona
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Countrywide Home Loans, Inc., BAC Home Loan Servicing, LP, Bank of America, NA, Mortgage Electronic Registration Systems, Inc., Recontrust Company, NA, Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

County of Residence of First Listed Defendant: Los Angeles County, CA

Attorneys (If Known): Attorneys for Defendants: Robert W. Shely, Esq. (#014261), Coree E. Neumeyer (#025787), Michael B. Dvoren, Esq. (#027386), Bryan Cave LLP, Two North Central Avenue, Suite 2200, Phoenix, AZ 85004-4406; (602) 364-7000

## II. BASIS OF JURISDICTION (Place An "X" In One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(Place an "X" in One Box for Plaintiff and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- [x] 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- [x] 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity)**: 28 U.S.C. § 1331

Brief description of cause: Purported causes of action based on alleged violations of the Garn St. Germain Depository Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)(8), the Truth in Lending Act, 15 U.S.C. § 1601 et seq., the Federal Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 et seq., as well as alleged violations of Arizona state statutes.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND:** $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE: Frank R. Zapata
DOCKET NUMBER: 4:10-cv-00503-FRZ

DATE: June 21, 2011

SIGNATURE OF ATTORNEY OF RECORD: /s/ Michael B. Dvoren

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

693111.1

SUPPLEMENTAL CIVIL COVER SHEET
FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

1. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |---|---|---|
   | Michael Benson Sparlin<br>Sharon Jeanette Sparlin | Plaintiff | Pro Per |
   | Countrywide Home Loans, Inc. | Defendant | Robert W. Shely (#014261)<br>Coree E. Neumeyer (#025787)<br>Michael B. Dvoren (#027386)<br>Bryan Cave LLP<br>Two North Central Avenue<br>Suite 2200<br>Phoenix, AZ 85004-4406<br>(602) 364-7000 |
   | BAC Home Loans Servicing, LP | Defendant | Same as above. |
   | Bank of America, N.A. | Defendant | Same as above. |
   | Mortgage Electronic Registration Systems, Inc. | Defendant | Same as above. |
   | Recontrust Company, N.A. | Defendant | Same as above. |
   | Bryan Cave LLP | Defendant | Same as above. |
   | Michael B. Dvoren, Esq. | Defendant | Same as above. |
   | Coree E. Neumeyer, Esq. | Defendant | Same as above. |

2. **Jury Demand:**

   Was a Jury Demand made in another jurisdiction?   __X*__ Yes     _____ No

   **\* Plaintiffs requested a trial by jury in the Complaint but did not comply with Arizona Rule of Civil Procedure 38(b) which requires that a jury demand be separately filed and served.**

693107.1                                          1

   If "Yes," by which party and on what date?

   <u>Plaintiffs</u>     <u>June 13, 2011</u>

3. **Answer:**

 Was an Answer made in another jurisdiction? <u>  </u>Yes <u> X </u> No

   If "Yes," by which party and on what date?

   <u>      </u>   <u>      </u>

4. **Served Parties:**

 The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Countrywide Home Loans, Inc. | June 14, 2011 | Personal |
| BAC Home Loans Servicing, LP | June 14, 2011 | Personal |
| Bank of America, N.A. | June 14, 2011 | Personal |
| Michael B. Dvoren, Esq. | June 14, 2011 | Personal |
| Coree E. Neumeyer, Esq. | June 14, 2011 | Personal |
| Bryan Cave LLP | June 16, 2011 | Personal |

5. **Unserved Parties:**

 The following parties have not been properly served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| Mortgage Electronic Registration Systems, Inc. | Unknown |
| Recontrust Company, N.A. | Unknown |

6. **Nonsuited, Dismissed or Terminated Parties:**

 Please indicate changes from the style of the papers from another jurisdiction and the

693107.1       2

reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Michael Benson Sparlin, Plaintiff | Alleged violations of the Garn St. Germain Depository Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)(8), the Truth in Lending Act, 15 U.S.C. § 1601 et seq., the Federal Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 et seq.; quiet title, alleged violations of the Arizona debt collection and consumer protection statutes (statue(s) not cited in the Complaint), alleged violations of a private third party contract (pooling and servicing agreement), breach of contract (deed of trust), violations of various Arizona statutes, negligence, and alleged lack of standing. |
| Sharon Jeanette Sparlin, Plaintiff | Same as above. |
| Countrywide Home Loans, Inc. | N/A |
| BAC Home Loans Servicing, LP, Defendant | N/A |
| Bank of America, NA, Defendant | N/A |
| Mortgage Electronic Registration Systems, Inc., Defendant | N/A |
| Recontrust Company, NA, Defendant | N/A |
| Bryan Cave LLP, Defendant | N/A |
| Michael B. Dvoren, Esq., Defendant | N/A |
| Coree E. Neumeyer, Esq., Defendant | N/A |

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**