# EXHIBIT "A"
# PART 1 OF 5




FILED
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT

2011 JUN 16 PM 7:46

J. WHITNELL, DEPUTY

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF PIMA

**MICHAEL BENSON SPARLIN**
VS
**COUNTRYWIDE HOME LOANS, INC.**

CASE NO. C20114303
JUDGE   LEE

AFFIDAVIT OF SERVICE

STATE OF ARIZONA          )
PINAL COUNTY              )

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 06/13/11 I received the SUMMONS; ORIGINAL COMPLAINT TRAIL-BY-JURY REQUESTED; CERTIFICATE OF COMPULSORY ARBITRATION; EXHIBITS 1-6

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of each document listed above upon:
BANK OF AMERICA, N.A., BY SERVICE UPON ITS STATUTORY AGENT C.T. CORPORATION SYSTEMS on 06/14/11 at 12:15 pm at 2394 E. CAMELBACK RD. PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with STEPHANIE STANLEY, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 40 yrs. of age, 5' 5" tall, Weighing 165lbs., BROWN Eyes, BROWN Hair,

CHAD AUSTIN BARBER                        Affiant
Sworn to before me the   Jun 15, 2011

Denise M. Corral                          Notary

My Commission expires:   05/31/2014

SERVICE OF PROCESS   $  16.00
SERVICE CHARGE       $   8.00
AFFIDAVIT PREP/NOTARY $ 10.00
TOTAL                $  34.00

2096987 19982
ORIGINAL

AX022096987

OFFICIAL SEAL
DENISE M. CORRAL
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. May 31, 2014

|   |   | Case: |
|---|---|---|
| Summons |   |   |

1  Name:  **MICHAEL BENSON SPARLIN** and
2             **SHARON JEANETTE SPARLIN** H/W
3  Address:           9151 E Showcase Lane
4  City, State, Zip:  Tucson, AZ  85749
5  Daytime Phone:     520-760-0200
6  *Representing Self, Without a Lawyer*

IN THE SUPERIOR COURT OF
PIMA COUNTY, STATE OF ARIZONA

**MICHAEL BENSON SPARLIN** and  )
**SHARON JEANETTE SPARLIN** H/W  )    CASE NO: **C20114303**
Plaintiffs  )
)     Kenneth Lee
)
v  )    **SUMMONS**
)
**COUNTRYWIDE HOME LOANS, INC.** and  )
**BAC HOME LOAN SERVICING, LP** and  )
**BANK OF AMERICA, NA** and  )
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC** and
**RECONTRUST COMPANY, NA** and  )
**BRYAN CAVE LLP** and  )    Dated: June 13, 2011
**MICHAEL B. DVOREN, ESQ.** and  )
**COREE E. NEUMEYER, ESQ.** and  )
Defendants  )

### SUMMONS

**WARNING. THIS IS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

FROM THE STATE OF ARIZONA TO:
    **BANK OF AMERICA, N.A.**
    c/o Registered Agent: CT Corporation System
    2394 E Camelback Road
    Phoenix, Arizona 85016

1. A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork is served on you with this Summons.

1

| Summons | Case: |
|---|---|

2. If you do not want a judgment taken against you without your input, you must file a response in writing with the Court, and you must pay the required filing fee. To file your Response, take or send the papers to: **Office of the Clark of the Superior Court**, 110 West Congress, Tucson, AZ 85701. Mail a copy of the Response to the Plaintiffs at the address listed on the top of this Summons.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Response must be filed within twenty (20) calendar days from the date of the service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Response must be filed within thirty (30) calendar days, not counting the day of service.

4. Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima this 13th day of June, 2011.

CLERK OF THE SUPERIOR COURT    JUN 13 2011

PATRICIA A. NOLAND

By: _____
Deputy Clerk    MARY ALBRIGHT




FILED  
PATRICIA A. NOLAND  
CLERK, SUPERIOR COURT  

2011 JUN 16 PM 7:47

E-Z MESSENGER  
1209 E. Washington Street  
Phoenix, AZ 85034  
(602) 258-8081  FAX: (602) 258-8864

J. WHITNELL, DEPUTY

IN THE ARIZONA SUPERIOR COURT  
STATE OF ARIZONA COUNTY OF PIMA

**MICHAEL BENSON SPARLIN**  
VS  
**COUNTRYWIDE HOME LOANS, INC.**

CASE NO. C20114303  
JUDGE  LEE

STATE OF ARIZONA           )  
MARICOPA COUNTY            )

AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in MARICOPA COUNTY and an Officer of the Court.  On 06/13/11 I received the SUMMONS; ORIGINAL COMPLAINT TRAIL-BY-JURY REQUESTED; CERTIFICATE OF COMPULSORY ARBITRATION; EXHIBITS 1-6

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of each document listed above upon:  
MICHAEL B. DVOREN on 06/14/11 at 3:00 pm at 2 N. CENTRAL AVE., #2200 PHOENIX, AZ 85004 MARICOPA COUNTY in the manner shown below:

in person.

Description: WHITE, Male, Approx. 36 yrs. of age, 6' 2" tall, Weighing 210lbs., BROWN Eyes, BROWN Hair, Also: GLASSES

ERNAD CAJIC                                          Affiant  
Sworn to before me the  Jun 15, 2011

Denise M. Corral                                     Notary

My Commission expires:  05/31/2014

2096993  19982  
ORIGINAL

AX022096993

SERVICE OF PROCESS    $   16.00  
SERVICE CHARGE        $    8.00  
AFFIDAVIT PREP/NOTARY $   10.00  
             TOTAL $   34.00

OFFICIAL SEAL  
DENISE M. CORRAL  
NOTARY PUBLIC-ARIZONA  
MARICOPA COUNTY  
My Comm. Exp. May 31, 2014



```
              FILED
        PATRICIA A. NOLAN
        CLERK, SUPERIOR COURT

        2011 JUN 16  PM 7:47

        J. WHITNELL, DEPUTY
```

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF PIMA

**MICHAEL BENSON SPARLIN**
VS
**COUNTRYWIDE HOME LOANS, INC.**

CASE NO. C20114303
JUDGE   LEE

STATE OF ARIZONA    )
PINAL COUNTY        )

AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 06/13/11 I received the SUMMONS; ORIGINAL COMPLAINT TRAIL-BY-JURY REQUESTED; CERTIFICATE OF COMPULSORY ARBITRATION; EXHIBITS 1-6

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of each document listed above upon:
COUNTRYWIDE HOME LOANS, INC., BY SERVICE UPON ITS STATUTORY AGENT C.T. CORPORATION SYSTEMS on 06/14/11 at 12:15 pm at 2394 E. CAMELBACK RD. PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with STEPHANIE STANLEY, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 40 yrs. of age, 5' 5" tall, Weighing 165lbs., BROWN Eyes, BROWN Hair,

_____
CHAD AUSTIN BARBER                          Affiant
Sworn to before me the   Jun 15, 2011

_____
Denise M. Corral                            Notary

My Commission expires:  05/31/2014

2096983 19982
ORIGINAL

AX022096983

**OFFICIAL SEAL**
DENISE M. CORRAL
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. May 31, 2014

| | |
|---|---|
| SERVICE OF PROCESS | $ 16.00 |
| SERVICE CHARGE | $  8.00 |
| AFFIDAVIT PREP/NOTARY | $ 10.00 |
| TOTAL | $ 34.00 |





FILED
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
2011 JUN 16 PM 7:47
J. WHITNELL, DEPUTY

E-Z MESSENGER
1209 E. Washington Street
Phoenix, AZ 85034
(602) 258-8081   FAX: (602) 258-8864

IN THE ARIZONA SUPERIOR COURT
STATE OF ARIZONA COUNTY OF PIMA

**MICHAEL BENSON SPARLIN**
VS
**COUNTRYWIDE HOME LOANS, INC.**

CASE NO. C20114303
JUDGE   LEE

STATE OF ARIZONA      )
PINAL COUNTY          )

AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PINAL COUNTY and an Officer of the Court. On 06/13/11 I received the SUMMONS; ORIGINAL COMPLAINT TRAIL-BY-JURY REQUESTED; CERTIFICATE OF COMPULSORY ARBITRATION; EXHIBITS 1-6

from MICHAEL & SHARON SPARLIN and by in each instance I personally served a copy of each document listed above upon:
BAC HOME LOAN SERVICING, LP, BY SERVICE UPON ITS STATUTORY AGENT C.T. CORPORATION SYSTEMS on 06/14/11 at 12:15 pm at 2394 E. CAMELBACK RD. PHOENIX, AZ 85016 MARICOPA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with STEPHANIE STANLEY, PROCESS SPECIALIST, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 40 yrs. of age, 5' 5" tall, Weighing 165lbs., BROWN Eyes, BROWN Hair,

CHAD AUSTIN BARBER     Affiant
Sworn to before me the   Jun 15, 2011

Denise M. Corral     Notary

My Commission expires:  05/31/2014

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 16.00 |
| MILES | 8   $ | 16.00 |
| SERVICE CHARGE | $ | 8.00 |
| AFFIDAVIT PREP/NOTARY | $ | 10.00 |
| TOTAL | $ | 50.00 |

2096991  19982
ORIGINAL

AX022096991

OFFICIAL SEAL
DENISE M. CORRAL
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. May 31, 2014

| Summons | Case: |
|---|---|

1 Name: **MICHAEL BENSON SPARLIN** and
2 **SHARON JEANETTE SPARLIN** H/W
3 Address: 9151 E Showcase Lane
4 City, State, Zip: Tucson, AZ  85749
5 Daytime Phone: 520-760-0200
6 *Representing Self, Without a Lawyer*

IN THE SUPERIOR COURT OF
PIMA COUNTY, STATE OF ARIZONA

**MICHAEL BENSON SPARLIN** and  ) CASE No. C20114303
**SHARON JEANETTE SPARLIN** H/W  )
Plaintiffs  )
  )
  ) Kenneth Lee
  )
v  ) **SUMMONS**
  )
**COUNTRYWIDE HOME LOANS, INC.** and  )
**BAC HOME LOAN SERVICING, LP** and  )
**BANK OF AMERICA, NA** and  )
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC** and
**RECONTRUST COMPANY, NA** and  )
**BRYAN CAVE LLP** and  ) Dated: June 13, 2011
**MICHAEL B. DVOREN, ESQ.** and  )
**COREE E. NEUMEYER, ESQ.** and  )
Defendants  )
_____)

### SUMMONS

**WARNING. THIS IS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

FROM THE STATE OF ARIZONA TO:
  **BAC HOME LOANS SERVICING, L.P.**
  c/o Registered Agent: CT Corporation System
  2394 E Camelback Road
  Phoenix, Arizona 85016

1. A lawsuit has been filed against you. A copy of the lawsuit and other related court paperwork is served on you with this Summons.

| Summons | Case: |
|---|---|

2. If you do not want a judgment taken against you without your input, you must file a response in writing with the Court, and you must pay the required filing fee. To file your Response, take or send the papers to: **Office of the Clark of the Superior Court**, 110 West Congress, Tucson, AZ 85701. Mail a copy of the Response to the Plaintiffs at the address listed on the top of this Summons.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Response must be filed within twenty (20) calendar days from the date of the service, not counting the day of service. If the papers were served on you outside the State of Arizona, your Response must be filed within thirty (30) calendar days, not counting the day of service.

4. Requests for reasonable accommodations for persons with disabilities must be made to the court by parties at least three (3) working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of Pima this 13th day of June, 2011.

CLERK OF THE SUPERIOR COURT     JUN 13 2011

PATRICIA A. NOLAND

By: _____
Deputy Clerk

MARY ALBRIGHT

 

## Pima County Clerk of Superior Court
### Tucson, Arizona

|  |  |
|---|---|
| | Receipt Number: 1558844 |
| Received for: MICHAEL BENSON SPARLIN | Date: 6/13/2011 |
| Received from: SHARON SPARLIN | Case Number: C20114303 |
| Amount Received: $236.00 | Clerk Number: 27 |

Caption: MICHAEL BENSON SPARLIN ET AL. VS. COUNTRYWIDE HOME LOANS INC ET AL.

Cash: $0.00   Check: $0.00   Charge: $236.00   ACH: $0.00

*Begin Financial Docket*

Civil Complaint                              $236.00   PAID

*End Financial Docket*

Change Returned: $0.00

Amount Refunded: $0.00

| Certificate of Compulsory Arbitration | Case: |
|---|---|

```
Name:        MICHAEL BENSON SPARLIN and
             SHARON JEANETTE SPARLIN H/W
Address:     9151 E Showcase Lane
City, State, Zip: Tucson, AZ  85749
Daytime Phone:   520-760-0200
Representing Self, Without a Lawyer
```

FILED
11 JUN 13 PM 1:21
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
BY _____ DEPUTY
MARY ALBRIGHT

IN THE SUPERIOR COURT OF
PIMA COUNTY, STATE OF ARIZONA

MICHAEL BENSON SPARLIN and )
SHARON JEANETTE SPARLIN H/W )   CASE NO: C20114303
Plaintiffs )                    C20114303
)
)
)
v )
)                               **CERTIFICATE OF**
)
COUNTRYWIDE HOME LOANS, INC. and )  **COMPULSORY ARBITRATION**
BAC HOME LOAN SERVICING, LP and )
BANK OF AMERICA, NA and )
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and   Kenneth Lee,
RECONTRUST COMPANY, NA and )
BRYAN CAVE LLP and )            Dated: June 13, 2011
MICHAEL B. DVOREN, ESQ. and )
COREE E. NEUMEYER, ESQ. and )
Defendants )
)

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **DOES** exceed limits set by Local Rule for compulsory arbitration. This case **IS NOT** subject to the Uniform Rules of Procedure for Arbitration.

Respectfully submitted,

*/s/ Sharon Sparlin*
Sharon J Sparlin

| Certificate of Compulsory Arbitration | Case: |
|---|---|

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 13th day of June, 2011 to the following:

**COUNTRYWIDE HOME LOANS, INC.**
c/o Registered Agent: CT Corporation System
2394 E Camelback Road
Phoenix, Arizona 85016

**BAC HOME LOANS SERVICNG, LP**
c/o Registered Agent: CT Corporation System
2394 E Camelback Road
Phoenix, Arizona 85016

**BANK OF AMERICA, N.A.**
c/o Registered Agent: CT Corporation System
2394 E Camelback Road
Phoenix, Arizona 85016

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**
c/o Registered Agent: Sharon Horstkamp
1818 Library Street, Suite 300
Reston, VA 20190

**RECONTRUST COMPANY, N.A.**
2380 Performance Dr. TX2-985-07-03
Richardson, TX 75082

Coree E Neumeyer, Esq.
Michael B Dvoren, Esq
**c/o BRYAN CAVE LLP**
One Renaissance Square
Two North Central Avenue, Ste 2200
Phoenix, AZ 85004-4406

/s/ Sharon J Sparlin

| Plaintiffs Complaint | Case: |
|---|---|

FILED
11 JUN 13 PM 1:21
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT
BY
MARY ALBRIGHT
DEPUTY

1  Name:            MICHAEL BENSON SPARLIN and
2                   SHARON JEANETTE SPARLIN H/W
3  Address:         9151 E Showcase Lane
4  City, State, Zip: Tucson, AZ  85749
5  Daytime Phone:   520-760-0200
6  *Representing Self, Without a Lawyer*

IN THE SUPERIOR COURT OF
PIMA COUNTY, STATE OF ARIZONA

MICHAEL BENSON SPARLIN and
SHARON JEANETTE SPARLIN H/W
Plaintiffs

CASE NO: C20114303

v

COUNTRYWIDE HOME LOANS, INC. and
BAC HOME LOAN SERVICING, LP and
BANK OF AMERICA, NA and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and Kenneth Lee
RECONTRUST COMPANY, NA and
BRYAN CAVE LLP and
MICHAEL B. DVOREN, ESQ. and
COREE E. NEUMEYER, ESQ. and
Defendants

ORIGINAL COMPLAINT

TRIAL-BY-JURY REQUESTED

Dated: June 13, 2011

Trustee Sale Date: June 17, 2011

-----------------------------------
**Michael B Sparlin and Sharon J Sparlin are before this court by special appearance without waiving any rights remedies or defenses, statutory or procedural.**
-----------------------------------

**Judicial Notice to be taken Regarding Litigants without Lawyers:**

Plaintiffs appear in this action "In Propria Persona" and ask that the points and authorities relied upon herein, and issues raised herein, must be addressed "on the merits", *Sanders v United States, 373 US 1, at 16, 17 (1963)*; and addressed with "clarity and particularity", *McCleskey v Zant, 111 S. Ct. 1454, at 1470-71 (1991)*; and afforded "a full and fair" evidentiary hearing, *Townsend v Sain, 372 U.S.293, at p.1 (1962)*. See also *Pickering v Pennsylvania Railroad Co., 151 F.2d 240 (3d Cir. 1945)*. "Pro Se Litigants pleadings are to be construed liberally and held to less stringent

1. standards than lawyers" <u>Haines v Kerner, 404 US 519 (1972)</u>. "Pro se litigants are entitled to certain
2. rights not afforded litigants with lawyers." <u>Signer v. Indiana University Foundation, 741 Fed Supp
3. 165, (S. D. Ind. 1990)</u>
4.     Pleadings of the Plaintiffs SHALL NOT be dismissed for lack of form or failure of
5. process. All the pleadings are as any reasonable man/woman would understand, and:

> "And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any, time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe (a)" <u>Judiciary Act of September 24, 1789, Section 342, FIRST CONGRESS, Sess. 1, ch. 20, 1789.</u>

25. "Court errs if court dismisses pro se litigant without instructions of how pleadings are
26. deficient and how to repair pleadings." <u>Plaskey v CIA, 953 F.2nd 25</u>. "The trial judge should inform
27. a pro se litigant of the proper procedure for the action he or she is obviously attempting to
28. accomplish." <u>Breck v. Ulmer, 745 P.2d 66, 75 (1987).</u>
29.     COME NOW the Plaintiffs, Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and
30. wife, with this complaint for quiet title, injunctive relief, declaratory judgment, and other causes of
31. action -- all relating to the Plaintiffs real property located at 7922 S Clarkson Court, Tucson, AZ 85765,
32. hereinafter referred to as ("Property").
33.     Plaintiffs file this Complaint pursuant to **16 A.R.S. Rules of Civil Procedure, Rule 7(a).**
34.     Plaintiffs reserve the right to amend and add additional causes of action to this complaint by
35. regular amendment pursuant to **Rule 15** of the Arizona Court Rules of Civil Procedure as may be
36. necessary to bring all issues before the Court concerning the property for which quiet title is sought.
37.