# EXHIBIT "B"

BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home
Loans, Inc., BAC Home Loans Servicing, LP,
Bank of America, N.A., Mortgage Electronic
Registration Systems, Inc., Recontrust Company,
N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and
Coree E. Neumeyer, Esq.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.,<br><br>Defendants. | No. C20114303<br><br>**NOTICE OF REMOVAL**<br><br>(The Honorable Kenneth Lee) |

TO PLAINTIFFS MICHAEL BENSON SPARLIN and SHARON JEANETTE SPARLIN, husband and wife,

693105.1

PLEASE TAKE NOTICE that Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, and Coree E. Neumeyer (collectively, the "Defendants"), filed a Notice of Removal of this action in the United States District Court for the District of Arizona on June 21, 2011. A copy of the Notice of Removal (without exhibits) is attached to this Notice as Exhibit A and is served contemporaneously herewith.

DATED this 21st day of June, 2011.

BRYAN CAVE LLP

By _____
Robert W. Shely
Coree E. Neumeyer
Michael B. Dvoren
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

693105.1

2

**ORIGINAL** FILED WITH THE Clerk via Federal Express this 21st day of June, 2011.

**COPIES** of the foregoing mailed this 21st day of June, 2011, to:

The Honorable Kenneth Lee
Pima County Superior Court
110 West Congress Street
Tucson, AZ 85701

Michael Benson Sparlin
Sharon Jeanette Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: *Sally Erwin*

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

693105.1

3