BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.,<br><br>　　　　　　Defendants. | No.<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF REMOVAL** |

　　　　I, Michael B. Dvoren, declare as follows:

　　　　1.　　I am one of the attorneys for Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, and Coree E.

693101.1

Neumeyer (collectively, the "Defendants"). I am also one of the Defendants in this matter. I have personal knowledge of the facts set forth in this declaration.

2. I am an associate with the firm Bryan Cave LLP and have practiced since 2009 in the State of Arizona.

3. On June 13, 2010, Plaintiffs Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife ("Plaintiffs") filed an action in the Superior Court of the State of Arizona, Pima County, captioned <u>Michael Benson Sparlin, et al. vs. Countrywide Home Loans, Inc., et al.</u>, No. C20114303 (Ariz. Super. Ct.) (the "Action").

4. On June 14, 2011, Plaintiffs served Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, Coree E. Neumeyer, and me with a copy of the Summons and Complaint.

5. On June 16, 2011, Plaintiffs served Bryan Cave LLP with a copy of the Summons and Complaint.

6. As of the filing of this Notice of Removal, neither Mortgage Electronic Registration Systems, Inc. nor Recontrust Company, N.A. appear to have been properly served.

7. Removal of the Action is proper under 12 U.S.C. § 1331 because Plaintiff has alleged violations of the Garn St. Germain Depository Institutions Act of 1982, 12 U.S.C. § 1701j-3(d)(8), the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, the Federal Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601 *et seq*.

8. The Affidavits of Service upon Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, and Michael B. Dvoren, the Filing Fee Receipt, the Summons to Bank of America, N.A., the Summons to BAC Home Loans Servicing, LP, the Certificate of Compulsory Arbitration, and the Complaint, attached to the Notice of Removal as Exhibit A, are true and correct copies of all process and pleadings filed in the Pima County Superior Court as of the filing of the Notice of Removal.

693101.1

2

7. The Notice of Removal to Federal Court attached to the Notice of Removal as Exhibit B is a true and correct copy of the Notice of Removal to Federal Court filed in the Pima County Superior Court.

8. The Affidavits of Service upon Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, and Michael B. Dvoren, the Filing Fee Receipt, the Summons to Bank of America, N.A., the Summons to BAC Home Loans Servicing, LP, the Certificate of Compulsory Arbitration, and the Complaint, constitute the entire record of the proceedings before the Pima County Superior Court as of the filing of the Notice of Removal. I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 21st day of June, 2011.

BRYAN CAVE LLP

By  /s/ Michael B. Dvoren
    Robert W. Shely
    Coree E. Neumeyer
    Michael B. Dvoren
    Two North Central Avenue, Suite 2200
    Phoenix, AZ  85004-4406

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

693101.1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who is not a registered participant of the CM/ECF System:

Michael Benson Sparlin
Sharon Jeanette Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By:  /s/ Sally Erwin

693101.1

4