BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.,<br><br>Defendants. | No.<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendants Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, Mortgage

693104.1

Electronic Registration Systems, Inc., and Recontrust Company, N.A., in compliance with the provisions of:

  __X__  Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

  ____  No such corporation.

  __X__  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

<u>Countrywide Home Loans, Inc.</u>

Countrywide Home Loans, Inc. is a wholly-owned subsidiary of the publicly held Bank of America Corporation. No other publicly traded entity owns more than 10% of the stock of Countrywide Home Loans, Inc.

<u>Bank of America, N.A.</u>

Bank of America, N.A. is a wholly-owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a wholly-owned subsidiary of the publicly held Bank of America Corporation.

<u>BAC Home Loans Servicing, LP</u>

BAC Home Loans Servicing LP is a wholly-owned subsidiary of Bank of America N.A. Bank of America N.A. is a wholly-owned subsidiary of BAC North America Holding Company. BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a wholly-owned subsidiary of the publicly held Bank of America Corporation.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

Case 4:11-cv-00371-DCB   Document 2   Filed 06/21/11   Page 3 of 4

<u>Mortgage Electronic Registration Systems Inc.</u>

Mortgage Electronic Registration Systems Inc. is a wholly-owned subsidiary of MERSCORP Inc.

<u>Recontrust Company, N.A.</u>

Recontrust Company N.A. is a wholly-owned subsidiary of the publicly-held Bank of America Corporation. No other publicly-held entity owns more than 10% of the stock of Recontrust Company N.A.

_____  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature off financial interest.* (*Attach additional pages if needed.*)

_____  Relationship

_____  Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 21st day of June, 2011.

BRYAN CAVE LLP

By   /s/ Michael B. Dvoren
     Robert W. Shely
     Coree E. Neumeyer
     Michael B. Dvoren
     Two North Central Avenue, Suite 2200
     Phoenix, AZ  85004-4406

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

693104.1

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who is not a registered participant of the CM/ECF System:

Michael Benson Sparlin
Sharon Jeanette Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: /s/ Sally Erwin

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

693104.1

4