BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.,<br><br>Defendants. | No. CV 11-371-TUC-DCB<br><br>**NOTICE OF FILING MOTION TO TRANSFER CASE NO. CV 11-371-TUC-DCB** |

PLEASE TAKE NOTICE that pursuant to LR Civ 42.1(a), Countrywide Home Loans, Inc., Bank of America, N.A., BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, and Coree E. Neumeyer (collectively, the "Defendants"), have filed Defendants'

693924.1\0324219

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1  <u>Motion to Transfer Case No. CV 11-371-TUC-DCB</u>, in Case No. CV 10-503-TUC-FRZ
2  ("Motion").  A copy of the Motion is attached hereto as Exhibit A.
3       DATED this 30th day of June, 2011.
4                                          BRYAN CAVE LLP
5
6                                          By:  /s/ Michael B. Dvoren
7                                               Robert W. Shely
                                                Coree E. Neumeyer
8                                               Michael B. Dvoren
                                                Two N. Central Avenue, Suite 2200
9                                               Phoenix, Arizona 85004-4406
10
11                                         Attorneys for Defendants Countrywide Home
                                           Loans, Inc., BAC Home Loans Servicing, LP,
12                                         Bank of America, N.A., Mortgage Electronic
                                           Registration Systems, Inc., Recontrust
13                                         Company, N.A., Bryan Cave LLP, Michael B.
                                           Dvoren, Esq., and Coree E. Neumeyer, Esq.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

693924.1\0324219

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael Benson Sparlin
Sharon Jeanette Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: Sally Erwin

693924.1\0324219