BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.,<br><br>Defendants. | No. CV 11-371-TUC-DCB<br><br>**NOTICE OF DENIAL OF DEFENDANTS' MOTION TO TRANSFER CASE NO. CV 11-371-TUC-DCB**<br><br>(Hon. David C. Bury) |

On June 30, 2011, Defendants filed <u>Defendants' Motion to Transfer Case No. CV 11-371-TUC-DCB</u> in Case No. CV 10-503-TUC-FRZ at Docket No. 63 ("Motion"). On July 18, 2011, Judge Zapata issued an Order denying the Motion. A copy of the Order is attached as Exhibit A.

696538.3\0324219

In addition, attached as Exhibit B is a copy of Judge Jorgenson's July 18, 2011 Order, filed in Case No. CV 11-240-TUC-CKJ at Docket No. 29 ("Consolidation Order"). As the Consolidation Order reflects, Judge Jorgenson did not order this case consolidated under Case No. CV 11-240-TUC-CKJ. Accordingly, this case remains assigned to this Court and Defendants await this Court's ruling on their fully briefed Motion to Dismiss and Motion to Declare Plaintiffs to be Vexatious Litigants.

RESPECTFULLY SUBMITTED this 12th day of August, 2011.

BRYAN CAVE LLP

By: /s/ Michael B. Dvoren
　　Robert W. Shely
　　Coree E. Neumeyer
　　Michael B. Dvoren
　　Two N. Central Avenue, Suite 2200
　　Phoenix, Arizona 85004-4406

Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

696538.3\0324219

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael & Sharon Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: /s/ Sally Erwin

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

696538.3\0324219