BRYAN CAVE LLP, #00145700
Robert W. Shely, #014261
Coree E. Neumeyer, #025787
Michael B. Dvoren, #027386
Two North Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
Telephone:  (602) 364-7000
Facsimile:  (602) 364-7070
rwshely@bryancave.com
coree.neumeyer@bryancave.com
michael.dvoren@bryancave.com

Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Benson Sparlin and Sharon Jeanette Sparlin, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP, Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.,<br><br>Defendants. | No. CV 11-371-TUC-DCB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>(Hon. David C. Bury) |

Defendants provide notice of supplemental authority supporting the arguments in their Motion to Dismiss and Motion to Declare Plaintiffs to be Vexatious Litigants (Doc. No. 5) ("Motion") and reply in support of the Motion (Doc. No. 10) ("Reply").

696656.1\0324219

On July 18, 2011, Judge Jorgenson issued an Order in Case No. CV 11-240-TUC-CKJ at Docket No. 29 ("Order").  A copy of the Order is attached as Exhibit A.  Judge Jorgenson set out the litany of the Sparlins' vexatious misconduct in other litigation pending in this Court.  Judge Jorgensen did not find the Sparlins' behavior sufficient to warrant an order requiring them to obtain permission from the Court before filing further litigation.  However, the behavior that Judge Jorgensen examined, along with the malicious intent underlying it, when viewed in combination with the conduct described in the Motion and Reply, further supports the Defendants' request that this Court declare the Sparlins to be vexatious litigants. [See Order at 4, 6-8; Motion at 2-3, 13-15; Reply at 7]

RESPECTFULLY SUBMITTED this 16th day of August, 2011.

BRYAN CAVE LLP

By:  /s/ Michael B. Dvoren
      Robert W. Shely
      Coree E. Neumeyer
      Michael B. Dvoren
      Two N. Central Avenue, Suite 2200
      Phoenix, Arizona 85004-4406

Attorneys for Defendants Countrywide Home Loans, Inc., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Recontrust Company, N.A., Bryan Cave LLP, Michael B. Dvoren, Esq., and Coree E. Neumeyer, Esq.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, with a copy sent via U.S. mail to the following, who are not registered participants of the CM/ECF System:

Michael & Sharon Sparlin
9151 E. Showcase Lane
Tucson, Arizona 85749
Plaintiffs Pro Per

By: /s/ Sally Erwin

696656.1\0324219