UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

Case No.  CV-11-371-TUC-DCB                              Date: December 2, 2011

Title: *Sparlin v. Countrywide*

**HONORABLE DAVID C. BURY**

Proceedings:            \_\_\_\_\_Open Court        \_\_\_\_\_Chambers       X   Other

PLEASE TAKE NOTICE:

IT IS ORDERED that Plaintiffs' Motion to Reconsider (Doc. 16) is DENIED.

DATED this 5th day of December, 2011.

David C. Bury
United States District Judge